**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: ) | Case No. 2:10-58583 |
| GEORGE BAVELIS, ) | Chapter 11 |
| Debtor. ) | Hon. John E. Hoffman, Jr. |

**POST CONFIRMATION DEBTOR GEORGE BAVELIS'
SUPPLEMENT TO EXHIBIT LIST FOR PROCEEDINGS ON CERTAIN PENDING
MATTERS SCHEDULED FOR SEPTEMBER 16 -18, 2015**

**[RELATES TO MAIN DOC. NO. 870; ADV. DOC. NO. 645]**

Based on the documents produced by SoCal Capital on September 1, 2015, in response to the August 27, 2015 Stipulation and Agreed Order Regarding SoCal's Production of Documents [Adv. Doc. No. 643], Post-Confirmation Debtor George Bavelis ("Plaintiff") submits the following supplement to his exhibit list, for use at the hearing scheduled to begin on September 16, 2015.

| Designation | Date | Description | Identified | Admitted |
|---|---|---|---|---|
| 220-A | 08/08/2013 | Email from Gary Goldstein to John Stravato, et al. re: depositions for case pending in Tennessee | | |

In addition to Plaintiff's previously-identified exhibits, Plaintiff reserves the right to identify additional documents previously produced as exhibits or produced by the parties; to use any exhibits disclosed by Defendants/Respondents; to prepare and use certain summaries and/or demonstrative exhibits; and to identify and use additional exhibits for rebuttal purposes.

Respectfully submitted,

/s/Marion H. Little, Jr.
Marion H. Little, Jr.   (0042679)
Z<small>EIGER</small>, T<small>IGGES</small> & L<small>ITTLE LLP</small>
3500 Huntington Center
41 South High Street
Columbus, Ohio  43215
(614) 365-9900
(Fax) (614) 365-7900
little@litohio.com

*Special Litigation Counsel for Plaintiff and Post-Confirmation Debtor, George A. Bavelis*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served, via electronic service through the Court's ECF System, this 4th day of September, 2015, upon the following:

- Philomena S Ashdown    psashdown@strausstroy.com
- Philomena S Ashdown    psashdown@strausstroy.com
- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- Bradley K Baker    bbaker@porterwright.com
- Edward J Boll    sohbk@lsrlaw.com
- James P Botti    jbotti@porterwright.com
- Mark Edwin Brown    mbrown@menefeebrown.com
- Thomas L Canary    loubknotices@mapother-atty.com
- Tiffany Strelow Cobb    tscobb@vorys.com, bjtobin@vorys.com;msgiberson@vorys.com
- Kevin R Conners    kconners@petersonconners.com
- Istvan Gajary    igajary@petersonconners.com
- Melissa S. Giberson    msgiberson@vorys.com, bjtobin@vorys.com
- Gary A Goldstein    gagpa@aol.com, gagpala@aol.com
- Lawrence Hackett    larry.hackett@usdoj.gov
- Laurie Lee Hammerbacher    lhammerbacher@firstsouthernbank.com
- Elden J. Hopple    Jim.Hopple@icemiller.com, Kathy.Stiles@icemiller.com
- W Mark Jump    bankruptcycourt@kjlaws.com
- Nathan J. Kohler    loubknotices@mapother-atty.com
- Sherri Blank Lazear    slazear@bakerlaw.com
- Patrick T. Lewis    plewis@bakerlaw.com, sjeney@bakerlaw.com
- Marion H Little    little@litohio.com, hogan@litohio.com
- William B Logan    wlogan@lnlattorneys.com
- Andrew Lycans    lycans@ccj.com
- Steven Newburgh    ssn@newburghlaw.net
- Andrew Scott Nicoll    anicoll@porterwright.com
- Jerry E Peer    jpeer@petersonconners.com, kate@petersonconners.com
- John A Polinko    JPolinko@WickensLaw.com, dkelly@wickenslaw.com; jleber@wickenslaw.com; skershaw@wickenslaw.com; kkuznicki@wickenslaw.com
- Erica A Probst    erica@ksrlegal.com
- Susan L Rhiel    pleadings@susanattorneys.com
- Justin W Ristau    jristau@bricker.com, aklein@bricker.com; phesson@bricker.com
- Justin W Ristau    jristau@bricker.com, aklein@bricker.com; phesson@bricker.com
- Tim J Robinson    tim.robinson@dinsmore.com, lisa.geeding@dinsmore.com
- Luis Salazar, Esq.    Salazar@SalazarJackson.com, Jackson@SalazarJackson.com; Aguilar@SalazarJackson.com; Pacetti@SalazarJackson.com; Cabrera@SalazarJackson.com
- Matthew A Salerno    msalerno@mcdonaldhopkins.com
- Bernice Sara Saxon    bsaxon@saxongilmore.com, paustin@saxongilmore.com

3

- Michael N Schaeffer    michael@ksrlegal.com, kathy@ksrlegal.com
- Michael P Shuster    mshuster@porterwright.com
- David A Skrobot    dskrobot@fisherskrobot.com
- Richard K Stovall    stovall@aksnlaw.com; ashton@aksnlaw.com; pfefferle@aksnlaw.com; charfas@aksnlaw.com
- Sarah A. Toops    toops@ccj.com, kissinger@ccj.com
- Holly N Wolf    bankruptcy@mdk-llc.com, anhsmdk@zuckergoldberg.com
- Juan Zorrilla    juancarlos.zorrilla@hklaw.com, eric.funt@hklaw.com; pauline.brown@hklaw.com; melanie.ferguson@hklaw.com

**Manual Notice List**

The following is the list of parties who are not on the list to receive e-mail notice/service for the main bankruptcy case (who therefore require manual noticing/service).

Kenneth B. Leachman
Insight Business Solutions, Inc. 1463 Briarmeadow Drive
Columbus, OH 43235

Tracy B Newmark
The Newmark Law Firm, PA 2650 West State Road 84 Suite 101-C
Fort Lauderdale, FL 33312

Kevin R. Conners
Two Miranova Place, Suite 330
Columbus, OH 43215

Franck D. Chantayan
125 South State Road 7
Suite 104-334
Wellington, FL 33414

The Huntington National Bank
17 South High Street
Columbus, Ohio 43215

Jonathan L. Swichar, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103-4196

**Via Email and Regular Mail**

Gary A. Goldstein, Esq.
111 South Calvert Street, 27th Floor
Baltimore, MD  21201

/s/ Marion H. Little, Jr.
Marion H. Little, Jr. (0042679)

920-001:565406