**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: September 24, 2015**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 2:10-bk-58583 |
| | : | |
| | : | |
| GEORGE BAVELIS, | : | Judge John E. Hoffman Jr. |
| | : | |
| Debtor. | : | |

**AGREED ORDER REGARDING SUBMISSION OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW FOLLOWING SEPTEMBER 16 & 17, 2015 <u>HEARING ON CERTAIN PENDING MATTERS</u>**

**[Related Main Doc. No. 859; Adv. Doc. No. 606]**

This matter came before the Court on September 16 and 17, 2015 for hearings on certain pending matters (the "September 2015 Hearings"). [Main Doc. No. 859, Adv. Doc. No. 606(scheduling order).] Pursuant to the agreement of Plaintiff George A. Bavelis, Defendants Ted Doukas, Quick Capital of L.I., Nemesis of L.I., R.P.M. Recoveries, Leftheris Properties, Blair International, and non-party Gary A. Goldstein (collectively, the "Parties"), the Parties shall submit proposed findings of fact and conclusions of law with respect to the matters heard as part of the September 2015 Hearings on or before 14 days after the date when the final transcript thereof is completed and made available to the Parties.

There will be no page limitation for the parties' proposed findings of fact and conclusions of law. Thus, the parties do not need to first seek leave under Local Rule 9013-2.

IT IS SO ORDERED

AGREED:

/s/ Marion H. Little, Jr., Esq.
Marion H. Little, Jr. (0042679)
ZEIGER, TIGGES & LITTLE LLP
3500 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 365-9900
Facsimile: (614) 365-7900
Email: little@litohio.com

*Special Litigation Counsel for Plaintiff and Post-Confirmation Debtor, George A. Bavelis*

/s/ Franklin C. Davis
Franklin C. Davis (0089835)
Colbert Davis LLP
1021 E. Broad St.
Columbus, Ohio 43212
(614) 625-1647
Email:  franklin.davis@colbertdavis.com

*Counsel for Doukas Defendants*

/s/ Gary A. Goldstein
Gary A. Goldstein
111 South Calvert Street, 27th Floor
Baltimore, Maryland 21201
Telephone: (410) 385-5238
Email: GAGPA@aol.com

Copies to: Default List

# # #

920-001:568128